UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | 19-Cr-913 (SHS) |
| -v- | ORDER |
| JOSE L. IRIZARRY, | |
| Defendant(s). | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    A teleconference having been held today, with counsel for all parties participating, and defendant's counsel having waived the defendant's appearance,

    IT IS HEREBY ORDERED that for the reasons set forth on the record today, the defendant's motion for bail [Doc. No. 31] is denied.

Dated: New York, New York
       April 3, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.